1    PHILLIP A. TALBERT
     Acting United States Attorney
2    PETER K. THOMPSON
     Acting Regional Chief Counsel
3    SATHYA OUM
     Special Assistant United States Attorney
4         Social Security Administration
          160 Spear Street, Suite 800
5         San Francisco, CA 94105
          Telephone: (510) 970-4846
6         Facsimile: (415) 744-0134
     Attorneys for Defendant
7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                          FRESNO DIVISION

13

14                                              No.  1:20-cv-1681-EPG
     LARRY JACKSON SNELL,
15                                              STIPULATION AND ORDER FOR EXTENSION
                    Plaintiff,                  TO FILE DEFENDANT'S OPPOSITION TO
16                                              PLAINTIFF'S OPENING BRIEF
     v.
17                                              (ECF No. 18)
     KILOLO KIJAKAZI,
18   Acting Commissioner of Social Security,

19                  Defendant.

20
             The parties stipulate through counsel that Defendant, the Commissioner of Social Security
21
     (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening
22
     brief in this case.  In support of this request, the Commissioner respectfully states as follows:
23
             1.      Primary responsibility for handling this case has been delegated to the Office of
24
     the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").
25
             2.      Defendant's response to Plaintiff's opening brief is currently due April 7, 2022.
26
     Defendant has not previously requested an extension of time for this deadline.
27
             3.      The Region IX Office currently handles all district and circuit court litigation
28

involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam.

4.      The Region IX Office employs 43 staff attorneys, of whom 29 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5.      As of January 13, 2022, the Region IX Office has 344 district court briefs due in the next thirty days in the jurisdictions it handles.  In addition, the Region IX Office has 12 appellate cases pending for briefing.

6.      In addition to this "program" litigation, the 29 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads.  The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories.  These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

7.      The undersigned attorney has 19 briefs due in district court cases over the next 45 days, and has to prioritize reassigned cases with imminent deadlines that have already been extended.  She is currently on a week and half long leave in order to move to another state.

8.      Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of April 7, 2022.  Therefore, Defendant seeks an

2

1 | extension of 60 days, until June 6, 2022 to respond to Plaintiff's opening brief.

2 |       9.       This request is made in good faith and is not intended to delay the proceedings in

3 | this matter.

4 |       WHEREFORE, Defendant requests until June 6, 2022, to file her opposition to Plaintiff's

5 | opening brief.

6 |

7 |                                          Respectfully submitted,

8 |

9 | DATE: April 6, 2022                      */s/ Jonathan Peña*
                                            JONATHAN PEÑA
10 |                                         Attorney for Plaintiff
                                            (as approved via email on 3/29/22)
11 |

12 |                                         PHILLIP A. TALBERT
                                            Acting United States Attorney
13 |

14 | DATE: April 6, 2022            By       *s/ Sathya Oum*
                                            SATHYA OUM
15 |                                         Special Assistant United States Attorney

16 |                                         Attorneys for Defendant

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

**ORDER**

2

      Based on the above stipulation (ECF No. 18), IT IS ORDERED that Defendant shall file

3

Defendant's response to Plaintiff's opening brief no later than June 6, 2022. All other deadlines in

4

the Court's scheduling order are extended accordingly.

5

6

IT IS SO ORDERED.

7

   Dated:   **April 8, 2022**                  /s/ _Erica P. Grosjean_

8

                                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28